**Deny and Opinion Filed September 8, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01043-CV

## IN RE: WESTERN GENERAL AUTOMOBILE INSURANCE COMPANY, Relator

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-06845**

## MEMORANDUM OPINION
Before Justices Bridges, Myers, and Whitehill
Opinion by Justice Bridges

Before the Court is relator's petition for writ of mandamus in which it seeks relief from an order compelling depositions. The facts and issues are well known to the parties, so we need not recount them herein.

To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown it is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding).

Accordingly, we **DENY** relator's petition for writ of mandamus and **DENY** relator's motion to stay the depositions as moot.


/David L. Bridges/
DAVID L. BRIDGES
JUSTICE